UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AHMAD IBRAHIM D/B/A HORIZON IMAGE, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Civil Action No. 3:19-CV-2488-X-BK |
| SENTINEL INSURANCE COMPANY LTD. AND BRANDON SULLIVAN, | | |
| *Defendants.* | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 64]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendants' breach of contract counterclaim is **DISMISSED WITHOUT PREJUDICE**. Defendants' motion, Doc. 50, and Plaintiff's motion, Doc. 58, are **DENIED AS MOOT**, and this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution in a state court of Defendants' claim that the Settlement Agreement was breached if Defendants timely notify the Court of their intention to pursue it there.

**IT IS SO ORDERED** this 15th day of September, 2022.

1

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE